Commonwealth *v.* Myers, Appellant.

Argued September 30, 1943. Before MAXEY, C. J., LINN, PATTERSON and STEARNE, JJ.

*Ralph E. Evans,* of *McNees, Wallace & Nurick,* with him *C. Jewett Henry,* for appellant.

*George W. Keitel,* Deputy Attorney General, *James H. Duff,* Attorney General, and *I. Newton Taylor,* for appellee, were not heard.

PER CURIAM, October 15, 1943:

The decree is affirmed on the opinion of President Judge FETTERHOOF of the Court below. Costs to be paid by the appellant.